IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAY DONOVAN NEVELS,

    Petitioner,

v.                                                  CASE NO. 4:07-cv-00002-MP-WCS

ADMINISTRATOR OF THE FLORIDA
STATE HOSPITAL, et al.,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed without prejudice for failure to exhaust state remedies. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that since the petitioner has admitted to having various pending appeals in the state system concerning these issues, he has not yet exhausted state remedies. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED without prejudice, and the clerk is directed to close the file.

**DONE AND ORDERED** this *6th* day of March, 2008

                                        *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge